IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| DANIEL M. DIESZ, )<br>            )<br>            Plaintiff, )<br>            )<br>vs. )<br>            )<br>KOOTENAI COUNTY SHERIFF'S )<br>DEPARTMENT, et al, )<br>            )<br>            Defendants. )<br>_____ ) | Case No. CV07-316-N-EJL<br><br>SECOND LITIGATION ORDER |

On July 18, 2007, the above-entitled action was filed in the District of Idaho and Defendants have not yet appeared or filed an answer.

**THEREFORE, IT IS HEREBY ORDERED AS FOLLOWS**:

1. Plaintiff shall serve this Order on all parties.

2. Pursuant to Local Rule 16.1, the parties shall meet and determine:

    A. A litigation plan[1]; and

    B. If the case is suitable for an alternative dispute resolution (ADR) program such as arbitration, mediation[2] or judicial settlement conference.

3. On or before **December 6, 2007**, the parties shall file with the court the Litigation Plan form.

---

[1] The litigation plan form can be found at: http://www.id.uscourts.gov/forms-dc/LITPLAN_ejl.pdf

[2] Pursuant to Local Rule 16.5, the parties shall discuss and determine whether or not they will participate in a mediation program. Mediation is a process whereby a trained, experienced and impartial neutral, selected by the parties and or the Court, will facilitate discussion, and assist in identifying issues and generating options in an attempt to resolve the dispute which prompted the litigation.

A party can move for withdrawal from the mediation process upon a showing that reasons exist as to why mediation would not be productive or otherwise should not a occur.

SECOND LITIGATION ORDER - Page 1
07ORDERS\Diesz_2lit.WPD

4. Initial disclosures shall be made by the parties pursuant to Federal Rules of Civil Procedure 26.1 and Local Rule 16.1.

5. The telephonic scheduling conference set on **October 18, 2007**, will be **vacated and reset** on **December 20, 2007**, at **9:30 a.m.** mountain time, for the purpose of confirming the deadlines proposed by the parties in the Litigation Plan Form and to set the matter for trial.

6. Counsel for Plaintiff shall initiate the conference call by placing it to Diane McDonald, Administrative Assistant, at 208-334-9270, and shall have all appropriate parties on the line.

DATED:  **October 12, 2007**

_____
Honorable Edward J. Lodge
U. S. District Judge